The relief described hereinbelow is SO ORDERED

Done this 5th day of January, 2015.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA

| In Re: | Chapter 13 |
|---|---|
| RICO DURAN SANKEY, | Case No.11-32021-DHW-13 |
| Debtor. | |

### AGREED ORDER CONDITIONALLY DENYING MOTION

The Movant, Bayview Loan Servicing, LLC, filed a motion for relief from stay against Debtor seeking relief from the stay which operates as a result of Debtor having filed a petition under the Bankruptcy Code, (*Docket Number 56*). The Movant seeks an order authorizing Movant to foreclose its mortgage on the property located at 6833 Willowick Rd., Montgomery, AL 36116 according to the powers set out in the mortgage.

This matter came on for a hearing on the motion for relief on 10/22/2014. Proper notice of the hearing was given. Upon consent of the parties hereto, it is ORDERED that the relief prayed for by Movant is CONDITIONALLY DENIED. The condition is the Debtor is to pay the following arrearage:

| | |
|---|---|
| 9/1/2014 – 11/1/2014 (3 @ $937.47): | $2,812.41 |
| Attorney's fee - motion for relief: | 650.00 |
| Filing fee - motion for relief: | 176.00 |
| Total: | $3,638.41 |

The arrears in the amount of $3,638.41 shall be added to the Debtor's Chapter 13 Plan by a proof of claim. Debtor's monthly payments to the Trustee shall be set at $255.00 bi-weekly.

Trustee payments remitted to Movant on behalf of Debtor shall be $227.00. Debtor's regular monthly post-petition payments shall recommence direct to Movant with the 12/1/2014 payment.

It is ORDERED if the future monthly post-petition payments come into default and, upon a written twenty (20) day notice of default to Debtor, and Debtor's attorney, the Debtor fails to cure the arrears; then the automatic stay shall be terminated effective upon Movant filing a notice of lift of stay with the Court, which notice shall serve to reduce Movant's claim(s) to the amount paid. Movant is then authorized to immediately foreclose its mortgage without further order of this Court.

It is further ORDERED, in the event a notice of default is issued due to Debtor's default under this Order, Movant may recover reasonable attorneys fees and costs for preparing the notice. Waiver of default shall not constitute waiver of any subsequent default.

The terms of this ORDER for repayment of the arrearage shall apply only so long as the Chapter 13 remains pending and shall not survive a conversion of this case to one under Chapter 7. In the event relief is granted, Bankruptcy Rule 4001(a)(3), as amended, is not applicable, and Movant may immediately enforce and implement this ORDER granting relief from stay. In the event relief is granted, Movant shall not be required to file a Notice of Mortgage Payment Change, Fee Notice and/or a response to the Trustee's Notice of Final Cure contemplated by Rule 3002.1 of the Federal Rules of Bankruptcy Procedure.

#### End of Order ####

This Order was consented to by:
Mark A. Cavanaugh, Debtor's Attorney
(334) 272-8003

This instrument was prepared by:
William S. McFadden, Movant's Attorney
(251) 342-9172

cc: Debtor
Debtor's Attorney
Movant's Attorney
Trustee